405 U. S. 1047 (1972) (dissenting opinion); *Harris* v. *Washington,* 404 U. S. 55, 57 (1971) (concurring opinion). Under this "same transaction" test, all charges against petitioner should have been brought in a single prosecution.

No. 72–5299. SALTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 71–6594. TYLER *v.* PARKS, *ante,* p. 858;

No. 71–6691. ZIMMER *v.* GAFFNEY, WARDEN, *ante,* p. 862;

No. 71–6729. WEAVER *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 864;

No. 71–6813. FERMIN *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 868;

No. 71–6819. NELSON *v.* BUTLER, PRISON SUPERINTENDENT, *ante,* p. 869;

No. 71–6861. DOCKERY *v.* CALIFORNIA, *ante,* p. 871; and

No. 72–5067. WIMBERLEY ET AL. *v.* LYNCH, ATTORNEY GENERAL OF CALIFORNIA, ET AL., *ante,* p. 882. Petitions for rehearing denied.

No. 71–1270. McKEE *v.* UNITED STATES, 407 U. S. 910, and *ante,* p. 899. Motion for leave to file second petition for rehearing denied.

No. 71–1401. SMITH, TRUSTEE *v.* BAKER ET AL., *ante,* p. 890. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–5689. NACHBAUR *v.* HERMAN, 405 U. S. 931. Second motion for leave to file petition for rehearing denied.